**KRIS J. KRAUS**
California Bar No. 233699
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California  92101-5008
Telephone:  (619) 234-8467
Facsimile: (619) 687-2666
Kris_Kraus@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  08MJ8736 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **NOTICE OF ATTORNEY APPEARANCE** |
| | ) | |
| YADIRA LIZETHE CARDENAS-LOPEZ, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

Pursuant to implementation of the CM/ECF procedures in the Southern District of California , Kris

J. Kraus and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in the

above-captioned case.

Respectfully submitted,

Dated:  August 19, 2008          /s/ Kris J. Kraus
                                **KRIS J. KRAUS**
                                Federal Defenders of San Diego, Inc.
                                Attorneys for Defendant
                                Kris_Kraus@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that  a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov

DATED:  August 19, 2008                          */s/ Kris J. Kraus*
                                                  **KRIS J. KRAUS**
                                                  Federal Defenders of San Diego, Inc.
                                                  Kris_Kraus@fd.org