

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>YADIRA LIZETHE CARDENAS-LOPEZ,<br><br>        Defendant. | Criminal Case No. 08CR3009-JAH<br><br>I N F O R M A T I O N<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of marijuana (Felony) |

The United States Attorney charges:

On or about August 17, 2008, within the Southern District of California, defendant YADIRA LIZETHE CARDENAS-LOPEZ, did knowingly and intentionally import approximately 18.18 kilograms (40.00 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: September 4, 2008.

KAREN P. HEWITT
United States Attorney

LARA A. STINGLEY
Assistant U.S. Attorney

LAST:rp:San Diego
9/4/08